732

**Inza WENDELEN, as Administratrix of the Estate of Charles Wendelen, deceased, Plaintiff-Appellant, v. COMMANDER LARABEE MILLING COMPANY, Defendant-Respondent.**

No. 144, Docket 21857.

United States Court of Appeals
Second Circuit.

Argued Feb. 13, 1951.

Decided March 5, 1951.

William J. Brock, Buffalo, N. Y., Edward H. Kavinoky, Buffalo, N. Y., of counsel, for Inza Wendelen, as Administratrix of Estate of Charles Wendelen, deceased, plaintiff-appellant.

Brown, Kelly, Turner & Symons, Buffalo, N. Y., John E. Leach, Buffalo, N. Y., of counsel, for Commander Larabee Milling Co., defendant-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Knight, J., in the court below. 96 F.Supp. 92.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. FARMERS & MERCHANTS SAVINGS BANK.**

No. 14275.

United States Court of Appeals
Eighth Circuit.

Feb. 1, 1951.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Special Asst. to Atty. Gen., Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Special Attorney, Bureau of Internal Revenue, Washington, D. C., for appellant.

Don K. Walter, Burlington, Iowa, for respondent.

PER CURIAM.

Decision of Tax Court reversed and cause remanded to said Tax Court for such proceedings as are necessary in conformity with decision in Commissioner of Internal Revenue v. Ames Trust & Savings Bank, 8 Cir., 185 F.2d 47, on stipulation of parties.